# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN,           ) | |
|                       ) | |
|       Petitioner, ) | |
| v.                    ) | No.   2:15-cv-243-GZS |
|                       ) | |
| SCOTT LANDRY,         ) | |
|                       ) | |
|       Respondent ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 7) filed July 29, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Bail (ECF No. 6) is **DENIED**.

                                                                /s/ George Z. Singal
                                                             United States District Judge

Dated this 3rd day of September, 2015.