UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No.   2:15-cv-00243-GZS |
| ) | |
| SCOTT LANDRY, ) | |
| ) | |
| Respondent ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 14) filed October 22, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1) Petitioner's Motion for Habeas Relief under 28 U.S.C. §2254 (ECF No. 1) is hereby **DISMISSED**.

(2) A certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2254 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

(3) Petitioner's Motion to Amend Petition (ECF No. 10) is **DENIED**.

　/s/ George Z. Singal　　
United States District Judge

Dated this 7th day of December, 2015.